UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.

CHRISTIAN JALAN MATTHEWS,
TAYLOR NICOLE MITCHELL-MEEKS, and
SUDEEP KHURANA,

          Defendants.

_____/

Case No.  1:26-CR-077

HON. JANE M. BECKERING
United States District Judge

INDICTMENT
**PENALTY SHEET**

**INTERPRETER: HINDI**
*for defendant Khurana*

## CHRISTIAN JALAN MATTHEWS

Conspiracy to Commit Wire Fraud – 18 U.S.C. §§ 1343, 1349

**Maximum Penalty**: Not more than 20 years' imprisonment. A fine of not more than $250,000 or, if sufficient evidence shows that any person derives pecuniary gain from the offense, or if the offense results in pecuniary loss to a person other than the defendant, a fine of not more than the greater of twice the gross gain or twice the gross loss.

    (18 U.S.C. § 1343; 18 U.S.C. § 3571)

**Supervised Release**: Not more than 3 years.

    (18 U.S.C. § 3583; 18 U.S.C. § 3559)

**Special Assessment**: $100

    (18 U.S.C. § 3013)

**Restitution**: Mandatory

    (18 U.S.C. § 3663A)

**Forfeiture**

    (18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c); 21 U.S.C. § 853(p))

*Continued on next page.*

## TAYLOR NICOLE MITCHELL-MEEKS

<u>Conspiracy to Commit Wire Fraud – 18 U.S.C. §§ 1343, 1349</u>

**Maximum Penalty**: Not more than 20 years' imprisonment. A fine of not more than $250,000 or, if sufficient evidence shows that any person derives pecuniary gain from the offense, or if the offense results in pecuniary loss to a person other than the defendant, a fine of not more than the greater of twice the gross gain or twice the gross loss.

(18 U.S.C. § 1343; 18 U.S.C. § 3571)

**Supervised Release**: Not more than 3 years.

(18 U.S.C. § 3583; 18 U.S.C. § 3559)

**Special Assessment**: $100

(18 U.S.C. § 3013)

**Restitution**: Mandatory

(18 U.S.C. § 3663A)

**Forfeiture**

(18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c); 21 U.S.C. § 853(p))

***Continued on next page.***

## SUDEEP KHURANA

<u>Conspiracy to Commit Wire Fraud – 18 U.S.C. §§ 1343, 1349</u>

**Maximum Penalty**: Not more than 20 years' imprisonment. A fine of not more than $250,000 or, if sufficient evidence shows that any person derives pecuniary gain from the offense, or if the offense results in pecuniary loss to a person other than the defendant, a fine of not more than the greater of twice the gross gain or twice the gross loss.

(18 U.S.C. § 1343; 18 U.S.C. § 3571)

**Supervised Release**: Not more than 3 years.

(18 U.S.C. § 3583; 18 U.S.C. § 3559)

**Special Assessment**: $100

(18 U.S.C. § 3013)

**Restitution**: Mandatory

(18 U.S.C. § 3663A)

**Forfeiture**

(18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c); 21 U.S.C. § 853(p))

Date:  July 30, 2026                              */s/ Clint W. Westbrook*
                                                           Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046.

3