UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTIAN JALAN MATTHEWS,
TAYLOR NICOLE MITCHELL-MEEKS, and
SUDEEP KHURANA,

Defendants.
_____________________________________/

Case No. 1:26-cr-77

HON. JANE M. BECKERING

**ORDER GRANTING ENDS OF JUSTICE CONTINUANCE**

This matter is before the Court on the joint request for a 90-day ends of justice continuance (ECF No. 53). Currently, the final pretrial conference is scheduled for September 28, 2026, and the jury trial is scheduled for October 5, 2026. The request for a continuance was made to allow additional time for the government to produce the discovery in this matter, and for the defense to review the discovery, further investigate this matter, consider the available options, and prepare for trial. Defendants have consented to the request for a continuance (*see* ECF Nos. 54, 55, & 60).

The Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and Defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). Having considered the factors under § 3161(h)(7)(B) and the circumstances set forth in the motion, the Court finds that the additional time needed is warranted, and a miscarriage of justice would result absent the continuance. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (B)(iv). Accordingly:

**IT IS HEREBY ORDERED** that the Joint Motion for Ends of Justice Continuance (ECF No. 53) is GRANTED. All pretrial motions shall be filed no later than November 10, 2026. All motions in limine shall be filed no later than November 17, 2026. Pre-conference filings shall be filed no later than December 8, 2026. Counsel shall provide to the Court hard copies of any exhibits to which objections have been made no later than December 8, 2026. Counsel for the party objecting is responsible for providing the hard copies of the objected-to exhibits to the Court. The final pretrial conference is rescheduled to **December 15, 2026 at 3:30 p.m.** The jury trial is rescheduled to **January 5, 2027 at 9:00 a.m.**[1]

Dated: September 14, 2026

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge

[1] Counsel and Defendant(s) shall be present in the courtroom at 8:30 a.m. to address any preliminary matters.