UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTIAN JALAN MATTHEWS,
TAYLOR NICOLE MITCHELL-MEEKS, and
SUDEEP KHURANA,

Defendants.
_______________________________________/

Case No. 1:26-CR-077

HON. JANE M. BECKERING
United States District Judge

SUPERSEDING INDICTMENT
**PENALTY SHEET**

**INTERPRETER: HINDI**
***for defendant Khurana***

**CHRISTIAN JALAN MATTHEWS**

Conspiracy to Commit Wire Fraud – 18 U.S.C. §§ 1343, 1349

**Maximum Penalty**: Not more than 20 years' imprisonment. A fine of not more than $250,000 or, if sufficient evidence shows that any person derives pecuniary gain from the offense, or if the offense results in pecuniary loss to a person other than the defendant, a fine of not more than the greater of twice the gross gain or twice the gross loss.

(18 U.S.C. § 1343; 18 U.S.C. § 3571)

**Supervised Release**: Not more than 3 years.

(18 U.S.C. § 3583; 18 U.S.C. § 3559)

**Special Assessment**: $100

(18 U.S.C. § 3013)

**Restitution**: Mandatory

(18 U.S.C. § 3663A)

**Forfeiture**

(18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c); 21 U.S.C. § 853(p))

***Continued on next page.***

**TAYLOR NICOLE MITCHELL-MEEKS**

Conspiracy to Commit Wire Fraud – 18 U.S.C. §§ 1343, 1349

**Maximum Penalty**: Not more than 20 years' imprisonment. A fine of not more than $250,000 or, if sufficient evidence shows that any person derives pecuniary gain from the offense, or if the offense results in pecuniary loss to a person other than the defendant, a fine of not more than the greater of twice the gross gain or twice the gross loss.

(18 U.S.C. § 1343; 18 U.S.C. § 3571)

**Supervised Release**: Not more than 3 years.

(18 U.S.C. § 3583; 18 U.S.C. § 3559)

**Special Assessment**: $100

(18 U.S.C. § 3013)

**Restitution**: Mandatory

(18 U.S.C. § 3663A)

**Forfeiture**

(18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c); 21 U.S.C. § 853(p))

***Continued on next page.***

**SUDEEP KHURANA**

Conspiracy to Commit Wire Fraud – 18 U.S.C. §§ 1343, 1349

**Maximum Penalty**: Not more than 20 years' imprisonment. A fine of not more than $250,000 or, if sufficient evidence shows that any person derives pecuniary gain from the offense, or if the offense results in pecuniary loss to a person other than the defendant, a fine of not more than the greater of twice the gross gain or twice the gross loss.

(18 U.S.C. § 1343; 18 U.S.C. § 3571)

**Supervised Release**: Not more than 3 years.

(18 U.S.C. § 3583; 18 U.S.C. § 3559)

**Special Assessment**: $100

(18 U.S.C. § 3013)

**Restitution**: Mandatory

(18 U.S.C. § 3663A)

**Forfeiture**

(18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c); 21 U.S.C. § 853(p))

Date: September 29, 2026

*/s/ Clint W. Westbrook*
Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046.